UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODESSA BROWN, II,<br><br>Plaintiff,<br><br>v.<br><br>E. ARNOLD, et al.,<br><br>Defendants. | No. 2:19-cv-00697-TLN-CKD<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983. This action was terminated on January 31, 2020. On February 21, 2020, Plaintiff filed a notice of appeal.

> Rule 24 of the Federal Rules of Appellate Procedure provides as follows:
>
> a party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. 24. The Ninth Circuit Court of Appeal referred the matter to this court on March 12, 2020 to determine whether Plaintiff's in forma pauperis status should continue on appeal. (ECF No. 27.) After review of the record herein, the Court finds that Plaintiff's appeal is not taken in good faith. Fed. R. App. P. 24(a)(4)(B). Accordingly, Plaintiff's in forma pauperis status is revoked.

1

In accordance with the above, IT IS HEREBY ORDERED that Plaintiff's in forma pauperis status is revoked for purposes of appeal. *See* Fed. R. App. P. 24(a).

Dated: March 24, 2020

Troy L. Nunley
United States District Judge